IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE SEARCH WARRANT NO. 16-960-M-1 TO GOOGLE | : : : | MJ NO. 16-960 |
| IN RE SEARCH WARRANT NO. 16-1061-M TO GOOGLE | : : | MJ NO. 16-1061 |

## **ORDER**

AND NOW, this 17th day of August, 2017, upon consideration of Respondent Google Inc.'s Brief in Support of Objections to Magistrate Judge's Order Granting the Government's Motion to Compel, the Government's Brief in Opposition thereto, Google's Reply, the amicus briefs submitted by Yahoo Inc. and by Microsoft Corporation, Amazon.com, Cisco Systems, Inc., and Apple Inc., and the arguments presented at the April 18, 2017, oral argument, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Magistrate Judge's Order granting the Government's motions to compel is AFFIRMED. Google shall fully comply with the requirements of the search warrant issued in each of the above-captioned cases no later than 14 days from the date of this Order.

BY THE COURT:


    /s/ Juan R. Sánchez
Juan R. Sánchez, J.